# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Rilley, Michelle Kunza, Venus Colquitt-Montgomery, Jonathon Aldrich, and Kendra Buettner, individually and on behalf of the class, | Case No. 16-4001 (DWF-LIB) |
| Plaintiffs, | **ORDER ON ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS** |
| v. | |
| MoneyMutual, LLC, Selling Source, LLC, and PartnerWeekly, LLC, | |
| Defendants. | |

Based on the Class Representatives' Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Awards, as well as the arguments presented at the Final Fairness Hearing in this matter, **IT IS HEREBY ORDERED**:

1. Class Counsel is awarded $1,000,000 in attorneys' fees, to be distributed from the Settlement Fund;

2. Class Counsel is awarded reimbursement of their out-of-pocket costs in the amount of $212,045.78, to be distributed from the Settlement Fund; and

3. Class Representatives Scott Rilley, Michelle Kunza, Venus Colquitt-Montgomery, Jonathon Aldrich, and Kendra Buettner are each awarded $6,500 as a Service Award for their efforts on behalf of the Class.

Dated: April 14, 2020
            s/Donovan W. Frank
            DONOVAN W. FRANK
            United States District Judge